1  GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
   grw@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  JAN T. CHILTON (State Bar No. 47582)
   jtc@severson.com
7  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
8  SEVERSON & WERSON
   A Professional Corporation
9  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
10 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
11
   Attorneys for Defendant
12 NATIONSTAR MORTGAGE, LLC dba
   MR. COOPER GROUP
13

14              **UNITED STATES DISTRICT COURT**

15       **CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

| | |
|---|---|
| 16 ELIZABETH ANN LIPPITT, individually, and on behalf of a class of similarly situated persons, | Case No. 8:19-cv-1115 Hon. Courtroom |
| 18         Plaintiff, | |
| 19     vs. | **NOTICE OF REMOVAL** |
| 20 NATIONSTAR MORTGAGE, LLC dba MR. COOPER GROUP, a Corporation; and DOES 1-10, inclusive, | |
| 22         Defendants. | Action Filed:   April 19, 2019 |

11951.0896/14879423.1                                    Case No. 8:19-cv-1115
                                                          Notice of Removal

Pursuant to 28 U.S.C. §§ 1441, 1446 and 1453, defendant Nationstar Mortgage, LLC ("Nationstar") removes this action to the United States District Court for the Central District of California, Southern Division, from the Superior Court of California for Orange County on the ground that it is an action brought in state court of which the United States District Courts have original jurisdiction under 28 U.S.C. § 1332(d).

**The Removed Action**

1. On April 19, 2019, plaintiff Elizabeth Ann Lippitt commenced this action (the "Removed Action") by filing her complaint, captioned Elizabeth Ann Lippitt, individually, and on behalf of a class of similarly situated persons, Plaintiff, v. Nationstar Mortgage, LLC dba Mr. Cooper Group, a Corporation; and Does 1-10, inclusive, Defendants, as case no. 30-2019-01065439-CU-BT-CXC in the California Superior Court for Orange County.

**Compliance With 28 U.S.C. § 1446's Requirements**

2. Nationstar first received a copy of the complaint in the Removed Action on May 7, 2019 when the agent for service of process for Nationstar was served with a copy of the summons and complaint in the Removed Action.

3. Nationstar has filed this notice within 30 days after May 7, 2019. Therefore, it is timely under 28 U.S.C. § 1446(b).

4. As required by 28 U.S.C. § 1446(a), Nationstar has attached as Exhibit A to this notice true and correct copies of the complaint and summons, which constitute all process, pleadings, and orders served on Nationstar in the Removed Action.

5. Nationstar is the only non-fictitiously named defendant sued in the Removed Action. Under 28 U.S.C. § 1453(b), Nationstar may remove this class action without the consent of all defendants.

**Basis For Removal**

6. This Court has original jurisdiction of this case based on diversity of

citizenship under 28 U.S.C. § 1332(d), and the case may be removed to this Court under 28 U.S.C. §§ 1441(a) and 1453(b).

### Class Action

7. The complaint in the Removed Action is captioned as a Class Action brought by plaintiff Elizabeth Ann Lippitt on behalf of a class of similarly situated persons. Paragraph 38 of the complaint alleges that Ms. Lippitt brings the Removed Action "on behalf of herself and on behalf of a class of similarly-situated consumers, pursuant to Cal. Civ. Code Section 1781 and Cal. Code Civ. Proc. Section 382 …." The cited statutes are similar to Federal Rule of Civil Procedure 23 in authorizing an action to be brought by a representative person as a class action.

8. Nationstar's records reflect that there are more than 100 members of the class defined in paragraph 38 of the complaint.

### Minimal Diversity of Citizenship

9. Plaintiff Elizabeth Ann Lippitt is a citizen of the State of California. Until her property burnt in the Woolsey Fire, she was a long-time owner and resident of 1914 Flathead Trail, Agoura, California. She continues to own that property and reside in the State of California. She is a judge of the California Superior Court for Los Angeles County, having been re-elected in 2014 to a term which expires in 2021.

10. Pursuant to 28 U.S.C. § 1332(d)(10), for purposes of 28 U.S.C. §§ 1332(d) and 1453, an unincorporated association is deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized. Nationstar is a limited liability company. It is organized under the laws of the State of Delaware. Its principal place of business is in the State of Texas.

### Amount in Controversy

11. The amount in controversy in this action exceeds $5 million, exclusive of interest and costs, as payment of 2% interest on escrow accounts for loans secured by 1 to 4 family residential property in California costs Nationstar approxi-

mately $7,000,000 - $8,000,000 each year. The complaint seeks damages for alleged past failures to pay 2% interest on escrow accounts as well as declaratory and injunctive relief requiring Nationstar to pay 2% interest on escrow accounts in the future.

**Compliance with 28 U.S.C. § 1446(d)**

12. As required by 28 U.S.C. §1446(d), defendants will provide written notice of the removal of this action to Ms. Lippitt and to the California Superior Court for Orange County.

WHEREFORE, Nationstar prays that the Removed Action be removed from the California Superior Court for Orange County to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

DATED: June 5, 2019

SEVERSON & WERSON
A Professional Corporation


By: _/s/ Genevieve R. Walser-Jolly_
Genevieve R. Walser-Jolly

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC dba MR. COOPER