Gretchen Nelson, SBN: 112566
Gabriel S. Barenfeld, SBN: 224146
NELSON & FRAENKEL LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Phone: (844) 622-6469/Fax: (213) 622-6019
Email: gnelson@nflawfirm.com
Email: gbarenfeld@nflawfirm.com

Alan M. Mansfield, SBN: 125998
CONSUMER LAW GROUP OF CALIFORNIA
206 Park Blvd. Ste. 603
San Diego, CA, 92101
Phone: (619) 308-5034 / Fax: (888) 341-5048
Email: alan@clgca.com

*Attorneys for Plaintiff Elizabeth Ann Lippitt and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH ANN LIPPITT, individually, and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC dba MR. COOPER GROUP, a Corporation; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01115-DOC-DFM<br><br>Hon. David O. Carter<br>Courtroom 9D<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING ON MOTION TO DISMISS AND TO CONTINUE SCHEDULING CONFERENCE [20]**<br><br>[Declaration and Stipulation filed concurrently] |

Based on the Parties' Joint Stipulation to Continue Hearing and Briefing on Motion to Dismiss and to Continue Scheduling Conference, together with the Declarations of Gretchen M. Nelson and Jan T. Chilton filed concurrently herewith, THE COURT HEREBY ORDERS AS FOLLOWS: The Parties Stipulation is GRANTED.

The Court sets the following dates and deadlines:

1. Deadline for Ms. Lippitt to file opposition to Mr. Cooper's motion to dismiss is continued to August 23, 2019;
2. Deadline for Mr. Cooper to file a reply to Ms. Lippitt's opposition to the motion to dismiss shall be September 13, 2019;
3. Hearing on Mr. Cooper's motion to dismiss shall be October 21, 2019, at 8:30 a.m.;
4. Scheduling Conference under Federal Rule of Civil Procedure 16(b) shall be continued to October 21, 2019, at 8:30 a.m.; and
5. All other dates set by the Court shall remain in effect.

DATED: August 19, 2019

*David O. Carter*
Hon. David O. Carter
United States District Judge